HIRSH & SCHOFIELD, INCORPORATED, Appellant, *v.* AAGE GUSMER, Respondent.

*Hirsh & Schofield, Inc.*, v. *Gusmer*, 179 App. Div. 347, affirmed.
(Argued March 19, 1919; decided May 2, 1919.)

APPEAL from a judgment entered July 13, 1917, upon an order of the Appellate Division of the Supreme Court in the first judicial department, reversing a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term and directing a dismissal of the complaint. The action was brought by the plaintiff against a former employee to enjoin and restrain the latter from selling or dealing in a product known as " Mammut " and to enjoin and restrain him from receiving, collecting or in any manner disposing of or interfering with the moneys due or to become due to the plaintiff from sales of Mammut, which were made by the defendant while in the employ of the plaintiff.

*Benjamin Reass, Hugo Hirsh* and *Emanuel Newman* for appellant.

*Louis Salant* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN, McLAUGHLIN and CRANE, JJ.